M. *Charest,* and *Allin H. Pierce* for petitioner.   *Mr. Wm. Clarke Mason* for respondent.

No. 203. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* PORTER ET AL.  October 13, 1930.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.  *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. J. Louis Monarch, John G. Remey, W. Marvin Smith, Clarence M. Charest,* and *Allin H. Pierce* for petitioner. *Mr. Walter Lee Sheppard* for respondents.

No. 205. ROSE, COLLECTOR, *v.* GRANT; and
No. 206. SAME *v.* GRANT ET AL.  October 13, 1930.  Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.  *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, Andrew D. Sharpe,* and *Paul D. Miller* for petitioner.  *Messrs. John M. Slaton* and *Richard H. Wilmer* for respondents.  Reported below: 39 F. (2d) 338, 340.

No. 231. BURNET, COMMISSIONER OF INTERNAL REVENUE *v.* CHICAGO RAILWAY EQUIPMENT Co.  October 13, 1930.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.  *Solicitor General Thacher* for petitioner.  *Mr. Wm. S. Oppenheim* for respondent.